**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1247**

---

DOMINIQUE JORDAN,

       Plaintiff - Appellant,

    v.

WALMART INC.; WAL-MART REAL ESTATE BUSINESS TRUST,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Albert David Copperthite, Magistrate Judge.  (1:24-cv-01027-ADC)

---

Submitted:  March 26, 2026                                      Decided:  May 14, 2026

---

Before HARRIS and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dominique Jordan, Appellant Pro Se.  Kelly Sullivan Kylis, MCNAMEE HOSEA, Annapolis, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dominique Jordan appeals the magistrate judge's orders granting the Defendants' motion for summary judgment and denying Jordan's motion for reconsideration.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's orders. *See Jordan v. Walmart Inc.*, No. 1:24-cv-01027-ADC (D. Md. Feb. 14, 2025; Jan. 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to proceed before the magistrate judge pursuant to 28 U.S.C. § 636(c).